

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>Michael Douglas MOORE,<br><br>               Defendant. | Magistrate Case No.: '08 MJ 8335<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 18, 2008, within the Southern District of California, defendant Michael Douglas MOORE did knowingly and intentionally import approximately 51.03 kilograms (112.26 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                      Special Agent Lance Swanson
                                      U.S. Immigration & Customs
                                      Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21st, DAY OF APRIL 2008.

                                        PETER C. LEWIS
                                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Michael Douglas MOORE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Lance Swanson, declare under penalty of perjury, the following is true and correct:

On April 18, 2008, at approximately 1500 hours, Michael Douglas MOORE entered the United States at the Andrade, California, Port of Entry. MOORE was the sole occupant driver of a bronze 1995 Nissan Pathfinder.

During the primary inspection, Customs and Border Protection Officer (CBPO) J. Williams received a negative Customs Declaration from MOORE and noticed MOORE was very nervous and talkative. MOORE and the vehicle were referred to secondary inspection.

In the vehicle secondary lot, CBP officers conducted a density check on the tires of the vehicle using a "Buster" Density Meter, which resulted in an unusually high reading. CBP K-9 Officer M. Medley screened the vehicle with his Narcotics Detection Dog (NDD). CBP K-9 Officer M. Medley received an alert from his NDD on the tires of the vehicle.

Upon further inspection in the vehicle secondary lot, CBPO S. Jimenez discovered twenty-three (23) packages in all four tires of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 23 packages had a combined net weight of approximately 51.03 kilograms (112.26 pounds).

MOORE was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. MOORE stated to Special Agent Swanson he was going to be paid $3,000.00 to smuggle marijuana into the United States.

Executed on 04/19/08 @ 3:20 pm

_Lance Swanson_
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on April 18, 2008 in violation of Title 21, United States Code, Sections 952 & 960.

United States Magistrate Judge

Date/Time 4/19/08 @ 3:31 pm

TOTAL P.03