AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MICHAEL DOUGLAS MOORE | CASE NUMBER: 08MJ8335 |
| | 08CR1602-DMS |

I, MICHAEL DOUGLAS MOORE, the above named defendant, who is accused of committing the following offense:

> Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-15-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/_
Defendant

_/s/_
Counsel for Defendant

Before _/s/_
Judicial Officer